UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>VS.<br><br>SDI FUTURE HEALTH INC et al,<br><br>Defendant(s), | 2:05-CR-0078 PMP |

### ORDER FOR RELEASE OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel have until 4:00 p.m. on **July 24, 2013** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on **August 7, 2013**.

Dated: _____

_____
U.S. DISTRICT JUDGE

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendant.

**I authorize** _____ to retrieve __ **Plaintiff's**
to retrieve __ **Defendant's exhibits**.

Dated: _____     _____
                                   Signature of counsel for __ Plaintiff __ Defendant

Plaintiff's Exhibits received by: _____     Date: _____

Defendant's Exhibits received by: _____     Date: _____

PLEASE PRINT NAME:
_____